HUGO ROSEBERG ET AL., PLAINTIFFS-RESPONDENTS, v. AMERICAN HOTEL AND GARDEN COMPANY, DEFENDANT-APPELLANT.

Argued October term, 1925—Decided March 18, 1926.

On motion to dismiss complaint.

Before Justices PARKER, MINTURN and BLACK.

For the motion, *John C. Reed* and *Clarence L. Cole.*

*Contra, William Elmer Brown, Jr.,* and *Emerson L. Richards.*

PER CURIAM.

Our examination of the record in this case leads us to conclude that there is no merit in the motion, except in so far as the identity of some of the counts is concerned. Counts three and five are practically identical with counts one and two, and should be consolidated or struck out to avoid prolixity in pleading. Otherwise the motion to strike out will be denied.